UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 20-CV-22166-UU

MARJORIE COGBURN,

    Plaintiff,
v.

CARNIVAL CORP.,

    Defendant
_____/

## NOTICE OF APPEAL

NOTICE IS GIVEN that Plaintiff, MARJORIE COGBURN, appeals to the United States Court of Appeals for the Eleventh Circuit the following:

    1.    The Order granting Defendant's Motion for Summary Judgment [DE 70] dated April 16, 2021.

    2.    The above Order is rendered final and appealable by the Final Judgment [DE 71] dated April 16, 2021, which Final Judgment is also appealed.

    Respectfully submitted,

**Philip D. Parrish, P.A.**
*Co-counsel for Plaintiff*
7301 SW 57th Court, Suite 430
Miami, Florida 33143
Tel. 305-670-5550/Fax: 305 670-5552
Email: phil@parrishappeals.com
       betty@parrishappeals.com

By:   ***/s/ Philip D. Parrish***
       Philip D. Parrish
       Florida Bar No. 0541877

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing was electronically filed with the Clerk of the Court via CM/ECF on May 10, 2021. I also certify that the foregoing was served on all counsel or parties of record on the attached Service List either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Filing.

By: */s/ Philip D. Parrish*
Philip D. Parrish
Florida Bar No. 0541877

## SERVICE LIST

David J. Horr, Esq.
dhorr@admiral-law.com
Juan C. Perez, Esq.
jperez@admiral-law.com
HORR, NOVAK & SKIPP, P.A.
Two Datran Center, Suite 1700
9130 S. Dadeland Blvd.
Miami, FL  33156
Tel. 305-670-2525
Fax 305-670-2526
*Counsel for Defendant*

Michael T. Flanagan, Esq.
mtf@florida-justice.com
ldf@florida-justice.com
mtfassistant@florida-justice.com
FLANAGAN PERSONAL INJURY &
WRONGFUL DEATH LAW FIRM, P.A.
2 Alhambra Plaza, Suite 620
Coral Gables, FL  33134
Tel. 305-638-4143
Fax 305-397-2636
*Counsel for Plaintiff*